**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------X
 MELISSA BRACERO,

|  |  |
|---|---|
| Plaintiff, | 25 **CIVIL** 8526 (GS) |
| -v- | **JUDGMENT** |

FRANK BISIGNANO
COMMISSIONER OF SOCIAL SECURITY,

                   Defendant.
---------------------------------------------------------------------X


      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated May 7, 2026, that this action be, and hereby is,

reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42

U.S.C. § 405(g), for further administrative proceedings, a new hearing, and issuance of a new

decision.

**Dated:**  New York, New York

     May 11, 2026


                                  **TAMMI M. HELLWIG**
                                _____
                                  **Clerk of Court**

              **BY:**        K. mango
                                  _____
                                  **Deputy Clerk**